No. 75–353. PIPER ET AL. *v.* CHRIS-CRAFT INDUSTRIES, INC., *ante,* p. 1;

No. 75–354. FIRST BOSTON CORP. *v.* CHRIS-CRAFT INDUSTRIES, INC., *ante,* p. 1;

No. 75–355. BANGOR PUNTA CORP. *v.* CHRIS-CRAFT INDUSTRIES, INC., *ante,* p. 1;

No. 75–963. KILGORE *v.* UNITED STATES, *ante,* p. 905;

No. 75–6944. SCHWARTZ *v.* UNITED STATES, *ante,* p. 906;

No. 76–29. COMPLETE AUTO TRANSIT, INC. *v.* BRADY, CHAIRMAN, MISSISSIPPI TAX COMMISSION, *ante,* p. 274;

No. 76–554. TULARE LAKE CANAL CO. ET AL. *v.* UNITED STATES, 429 U. S. 1121;

No. 76–555. SALYER LAND CO. *v.* UNITED STATES, 429 U. S. 1121;

No. 76–590. SHUEY *v.* UNITED STATES, 429 U. S. 1092;

No. 76–712. STEWART *v.* UNITED STATES ET AL., 429 U. S. 1081;

No. 76–763. CAMELIA BUILDERS, INC., ET AL. *v.* FIDELITY MORTGAGE INVESTORS, 429 U. S. 1093;

No. 76–803. VESCO & CO., INC. *v.* INTERNATIONAL CONTROLS CORP., 429 U. S. 1088;

No. 76–868. JAMES *v.* ILLINOIS, 429 U. S. 1082;

No. 76–980. IN RE KRAFT, *ante,* p. 915;

No. 76–1019. AFFLERBACH *v.* UNITED STATES, 429 U. S. 1098;

No. 76–5792. HAUGEN *v.* BRYAN, *ante,* p. 909; and

No. 76–5883. ROOTS *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA, *ante,* p. 934. Petitions for rehearing denied.

APRIL 25, 1977

No. 76–893. SLOAN, DBA SAMUEL H. SLOAN & CO. *v.* SHEARSON, HAMMILL & CO., INC. Appeal from Ct. App. N. Y. dis-